# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-13-1461-01-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Larry Ray Heartburg, | |
| Defendant. | |

On November 2, 2017, Magistrate Judge John Z. Boyle filed a "Report and Recommendation." Magistrate Judge John Z. Boyle recommends to the District Court that, after an independent review of the record, the Court find Defendant has violated the terms of his supervised release as contained in Allegations B and C of the petition. No objections having been filed pursuant to 28 USC § 636(b)(1), the Court accepts the recommendation of the magistrate judge.

Accordingly,

**IT IS ORDERED** adopting the magistrate judge's recommendation and finding the Defendant in violation of his supervised release as contained in Allegations B and C of the petition.

Dated this 1st day of December, 2017.

Honorable Steven P. Logan
United States District Judge